UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:16-CR-87 |
| | ) |
| MARCUS ISAIAH PRICE | ) |

ORDER

This criminal matter is before the Court to consider the two Reports and Recommendations of the United States Magistrate Judge dated May 30, 2017, and May 31, 2017, [Docs. 67 and 69]. In the May 30, 2017 Report and Recommendation, the Magistrate Judge recommends that the defendant's motion to suppress, [Doc. 48], be denied. [Doc. 67]. In the May 31, 2017 Report and Recommendation, the Magistrate Judge recommends that the defendant's motion to dismiss, [Doc. 50], be denied. [Doc. 69]. The defendant has not filed objections to either recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Reports and Recommendations of the United States Magistrate Judge, and for the reasons set out in those Reports and Recommendations which are incorporated by reference herein, it is hereby **ORDERED** that the Reports and Recommendations are **ADOPTED** and **APPROVED**, [Docs. 67 and 69], and that the motion to suppress, [Doc. 48], and the motion to dismiss, [Doc. 50], be **DENIED**.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE