United States District Court
Eastern District of Tennessee
At Greeneville

United States of America
    v.
Marcus Isaiah Price

No. 2:16-CR-87
Judge Greer

Honorable Judge Ronnie Greer,

    My name is Marcus Isaiah Price, I've been incarcerated since July of 2016. I was sentenced in Federal Court in front of you to 14 years. From the moment I was told I could be facing life in prison my life has changed, and I have been working to become a better man in everyway every since.

    The reason I'm writing this letter is because I truly believe amending my P.S.I. could help me come home sooner to my kids and family, as well as make my time easier in prison. I sincerely want to apologize to the family and to the victims and his friends for the pain and worry I put into their life from a fight from 13 years ago.

I truly have remorse for the people whom I caused pain for in everyway that night! There has been many nights I have came to tears just thinking what if that happened to my son, or someone I loved! You can ask anyone that knows me I'm not a bad or violent person by any means! Yes that night was a very bad night and I truly understand and my heart goes out to any one who would have to go through anything even close to that night! But I need understanding of that night as well!

First, the damage was serious I truly understand but physically at that time I was not capable of causing damage to a person with my hands. It was proven I did not possess a weapon and was charged with simple assault. At the time I only weighed 100 pounds or a little more. I never worked out and did not have the power to cause the damage. I am not taking nothing from that night and I swear if I could show my remorse to the family and friends for that day I would sincerely from the bottom of my heart say "I'm SORRY"! Not a day goes by that I don't think of what I put them through! And no one in this world deserves anything like that to happen to them. I'm truly sorry and I really understand how serious that night was, but It was really just a fight that went way

wrong and way to far! I never intended for any one to be hurt that bad!

I'm 33 years old and yes I have been in trouble and been to jail a few times but never for violence! Even in jail I have not been in fights or anything violent! I have been locked up for almost 6 year and have been wrote up 1 time for drugs. And that was almost 3 years ago and it was because I relapsed due to my appeal being denied and me not being able to be a father and help raise my kids. But since that day all I have done is make myself stronger and brought myself to see that nothing is worth causing me not to be able to see or speak to my kids or wife and to face my pains and problems as a man and not with the help of drugs.

I swear to you and with all of me am I sorry very sorry for that night, but having that charge in my P.S.I. as High Severity and not simple assault low severity it adds alot of points to my base housing number. As well as holds me back from being able to beneifit from the F.S.A.! If there is anything or any way to have this changed I pray you see it that you take my words and actions to see that I'm not a violent person and that I have truly changed my life around as

a man.

I was told the only way to have anything changed in my P.S.I. was through you. And also and even more concerning to me is the allegation said about me! "I HAVE NEVER IN MY LIFE HURT ANY WOMEN IN THIS TYPE OF WAY EVER AND GIVE YOU MY WORD I WOULD TAKE MY OWN LIFE BEFORE I WOULD ALLOW MYSELF TO DO ANYTHING CLOSE TO THIS"! Me and a woman got caught having sex someone told her wife, "which I did not know she was married!", and so said this happened! I BEG YOU TO PLEASE LOOK INTO THIS IF YOU CAN AND PLEASE HAVE IT REMOVED! I never done anything close to this in my life!!!

Judge Greer, I really and truly need to be home! Yes I was found guilty of a crime, and yes I understand the crime and the pain I caused the world by living the life I was living. But its my word as a man that is not who I am any more! I have changed my life on every level as a man and the way I thought of life and lived life. And if there is anything in your power you could do to help me amend my P.S.I., and help me come home to my family I would be forever grateful! If you can appoint me a lawyer or anything I'm asking please do! Thanks for your time and even if you can not help could you please reply. Thanks again.

P.4

I just let my case manager review my letter, and she said the things I ask to be amended will help me with in my base, and custody scoring. Also, that it would help if the allegation could be removed. She told me the things I ask of you to amend will help me get credit for FSA, but the main thing I need to try and have removed is the Career Offender.

On review she said to ask for a lawyer to be appointed to try and get the over 14 grams of marijuana removed, and to also argue that the other predicate was inside of your conspiracy and this all will help me in a major way with my scoring for housing as well with me getting credit for the FSA.

I want to truly thank you for reviewing my letter and I pray that there may be something you could do to help me and my situation! Thanks again.

Sincerely,
Marcus I. Price

Marcus Price
51737-074
Federal Correctional Institution Gilmer
Po Box 6000
Glenville, WV 26351

CHARLESTON WV 250

8 MAR 2022 PM 1 L

J. Ronnie Greer
220 West Depot St, Suite 200
Greeneville, TN 37743